42824. CHEELY MOTOR COMPANY, INC. v. POPE.

QUILLIAN, Judge. The question involved in this appeal may be resolved only by a consideration of the evidence. However, there is no transcript of evidence contained in the record and the clerk of the trial court has certified there is no transcript on file. Hence, the judgment below must be affirmed. *Adams v. Chapman*, 115 Ga. App. 7 (153 SE2d 730).

*Judgment affirmed. Jordan, P. J., and Deen, J., concur.*

SUBMITTED JUNE 7, 1967—DECIDED JUNE 9, 1967.

*Archer, Patrick & Sidener, Howell W. Ragsdale, Jr.*, for appellant.